# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN DUWJAN SHADE,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Judge Michael J. Davis<br>U.S. District Court Judge<br><br>Case No: 0:23-cr-00226-MJD-DTS-1<br>Date: September 23, 2025<br>Court Reporter: Lori Simpson<br>Courtroom: Courtroom 13E<br>Time Commenced: 9:31 a.m.<br>Breaks: 11:40 a.m. – 1:03 p.m.<br>2:49 p.m. – 3:12 p.m.<br>4:05 p.m. – 4:12 p.m.<br>Time Concluded: 5:02 p.m.<br>Time in Court: 6 hours and 38 minutes |

**APPEARANCES:**

Plaintiff:       Lauren Olivia Roso and Syngen Kanassatega, U.S. Attorney's Office
Defendant:    Paul D. Sellers, Minnesota Legal Defense, RET

**PROCEEDINGS:**

☒ Jury Voir Dire and Instructions
  ☒ Preliminary Instructions
☒ Jury Trial – Began (Trial Day 1)
☒ Jury Selection Completed
☒ Initial instructions to selected jurors.
☒ Opening statements by the parties
☒ Government witnesses:   Steve Osborne, Kate Loken, Nicholas Walch and Zoee Brubaker Jorgenson.
☒ Jury Trial - Continued (Trial Day 2)
☒ Trial continued to September 24, 2025 at 12:00 p.m.
☒ Defendant is remanded to the custody of the USM.


Date:    September 23, 2025                                                                           s/GRR
                                                                        Courtroom Deputy to Judge Michael J. Davis