# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN DUWJAN SHADE,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Judge Michael J. Davis<br>U.S. District Court Judge<br><br>Case No:          0:23-cr-00226-MJD-DTS-1<br>Date:              September 23, 2025<br>Court Reporter:   Lori Simpson<br>Courtroom:        Courtroom 13E<br>Time Commenced:   9:31 a.m.<br>Breaks:           11:40 a.m. – 1:03 p.m.<br>                  2:49 p.m. – 3:12 p.m.<br>                  4:05 p.m. – 4:12 p.m.<br>Time Concluded:   5:02 p.m.<br>Time in Court:    6 hours and 38 minutes |

**APPEARANCES:**

Plaintiff:      Lauren Olivia Roso and Syngen Kanassatega, U.S. Attorney's Office
Defendant:      Paul D. Sellers, Minnesota Legal Defense, RET

**PROCEEDINGS:**

☒ Jury Voir Dire and Instructions
  ☒ Preliminary Instructions
☒ Jury Trial – Began (Trial Day 1)
☒ Jury Selection Completed
☒ Initial instructions to selected jurors.
☒ Opening statements by the parties
☒ Government witnesses:   Steve Osborne, Kate Loken, Nicholas Walch and Zoe Brubaker Jorgenson.
☒ Jury Trial - Continued (Trial Day 2)
☒ Trial continued to September 24, 2025 at 12:00 p.m.
☒ Defendant is remanded to the custody of the USM.

Date:    September 23, 2025

                                                                       s/GRR
                                        Courtroom Deputy to Judge Michael J. Davis